■ LOUIS VAN CAMP, Appellant, v. CONSUMERS BREWING CO. OF N. Y., LTD., et al., Respondents.— In an action to recover damages for personal injuries, the appeal is from a judgment entered on a jury verdict in favor of

respondents. Judgment unanimously affirmed, with costs. No opinion. The improper and unjustified remarks made by appellant's attorney in his brief concerning the distinguished Trial Justice are deplored and condemned by this court. We hereby order such remarks to be expunged. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.